UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHN BRILEY** | **CIVIL ACTION NO. 14-0591** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record, and for those additional reasons set forth in this Court's Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the original Petition for Writ of *Habeas Corpus* [Doc. Nos. 1 and 5] is **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the Amended Petition for Writ of *Habeas Corpus* [Doc. No. 14] is **DISMISSED** as **MOOT AND DUPLICATIVE**.

**MONROE, LOUISIANA,** this 1st day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE